UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRENDA C. ARMSTEAD,**

    **Plaintiff,**

**v.**                                                             Case No: 6:18-cv-1195-Orl-41KRS

**FLORIDA STATE HOSPITAL,**
**GEORGE W. BUSH, JR. and JEB**
**BUSH,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), wherein Plaintiff asserts claims for stalking and cyberstalking. (*See generally id.*). Although Plaintiff did not pay the filing fee or file a motion to proceed *in forma pauperis*, Magistrate Judge Karla R. Spaulding reviewed the Complaint pursuant to 28 U.S.C. § 1915 and submitted a Report and Recommendation ("R&R," Doc. 2), in which she recommends that the Court dismiss the Complaint without prejudice and direct the Clerk of Court to close the file, (*id.* at 5).

Plaintiff filed an Objection (Doc. 6), however it fails to address the substantive analysis in the R&R. After a *de novo* review of the record, the Court agrees with the analysis set forth in the R&R. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 2) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 20, 2018.



Copies furnished to:

Unrepresented Party